# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Coretta R. Caldwell,

       Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                    3:04-cv-1

Jo Anne Barnhart,
Commissioner of Social Security Admin.,
       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/25/05 Order.

**Signed: July 25, 2005**

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court